UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOMINIC SOLIS OLIVO,<br><br>    Plaintiff,<br><br>  v.<br><br>MARGARET SPELLING, Secretary of the United States Department of Education,<br><br>    Defendant. | CASE NO. C08-5376BHS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

This matter comes before the Court on Plaintiff's Application to Proceed in Forma Pauperis (Dkt. 1). The Court has considered the application and the remainder of the file, and it is hereby

**ORDERED** that Plaintiff's Application to Proceed in Forma Pauperis (Dkt. 1) is **GRANTED**.

DATED this 24th day of June, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER