# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOMINIC SOLIS OLIVO

       v.

MARGARET SPELLING, Secretary
of the United States Department of
Education,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5376BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


That the Defendant's motion to dismiss (Dkt. 12) is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.



  September 30, 2008                                 BRUCE RIFKIN
Date                                                                 Clerk


                                                                           *s/CM Gonzalez*
                                                                           Deputy Clerk